AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Mark Lindsey | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  3:17-cv-302 |
| Weiffenback Marble & Tile Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Settlement is fair and reasonable and satisfies the standard for approval under§ 16(b) of the FLSA, 29
U.S.C. § 216(b).The Court approves the Settlement Agreement and orders that the Settlement be
implemented according to the terms and conditions of the Settlement Agreement..

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Walter H. Rice _____ on a motion for
    Settlement

Date:   6/12/2018 _____

CLERK OF COURT

*Sophia R. Bryan*

*Signature of Clerk or Deputy Clerk*